UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

NICHOLAS SCARANGELLA     Plaintiff,     Case No. 05-cv-05298 (RJS) (RLE)

-against-

GROUP HEALTH INC., et al.     Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Michael H. Bernstein
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB 0579     My State Bar Number is 2104347

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick, Detert, Moran and Arnold LLP
             FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004
             FIRM TELEPHONE NUMBER: 212-422-0202
             FIRM FAX NUMBER: 212-422-0925

NEW FIRM:    FIRM NAME: Sedgwick LLP
             FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004
             FIRM TELEPHONE NUMBER: 212-422-0202
             FIRM FAX NUMBER: 212-422-0925

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: April 29, 2011          s/
                               ATTORNEY'S SIGNATURE

## CERTIFICATE OF SERVICE

I, MICHAEL H. BERNSTEIN, hereby certify that a true and correct copy of the attached NOTICE OF CHANGE OF FIRM NAME was served by regular mail on April 29, 2011, and ECF on May 5, 2011, upon the following:

>Richard J. Quadrino, Esq.
>Quadrino & Schwartz
>666 Old Country Road
>Garden City NY  11530
>Business Phone:  (516) 745-1122
>Business E-mail:  rjq@quadrinoschwartz.com

Dated: New York, New York
       May 5, 2011

                                       s/ _____
                                       MICHAEL H. BERNSTEIN (MB 0579)

NY/699520v1