UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

NICHOLAS SCARANGELLA       Plaintiff,        Case No.  05-cv-05298 (RJS) (RLE)

-against-

GROUP HEALTH INC., et al.     Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

John T. Seybert
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JT 5014      My State Bar Number is 3012705

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Sedgwick, Detert, Moran and Arnold LLP
              FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004
              FIRM TELEPHONE NUMBER: 212-422-0202
              FIRM FAX NUMBER: 212-422-0925

NEW FIRM:     FIRM NAME: Sedgwick LLP
              FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004
              FIRM TELEPHONE NUMBER: 212-422-0202
              FIRM FAX NUMBER: 212-422-0925

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: April 29, 2011                s/_____
                                     ATTORNEY'S SIGNATURE

## CERTIFICATE OF SERVICE

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via Regular Mail on April 29, 2011 and ECF on 25th day of May, 2011, upon the following:

Richard J. Quadrino Esq.
Quadrino & Schwartz
666 Old Country Road
Garden City NY 11530
Business Phone: (516) 745-1122
Business E-mail: rjq@quadrinoschwartz.com

          s/_____
          John T. Seybert (JS 5014)

Dated:   New York, New York
         May 25, 2011