UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nicholas Scarangella, Plaintiff

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

05 Civ. 5298 (RJS) ( )

- against -

Group Health Inc. and Scarangella & Sons, Inc. d/b/a Village Fuel,

Defendants

**NOTICE OF APPEAL
IN A CIVIL CASE**

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

Notice is hereby given that Scarangella & Sons, Inc. d/b/a Village Fuel, Defendants
_(party)_

hereby appeals to the United States Court of Appeals for the Second Circuit from the

Opinion and Order DENYING Defendant Village Fuel's Motion for Attorneys' Fees (this is a post Judgment Order).

_(describe the judgment)_

The Opinion and Order appealed from was

entered in this action on the 3rd day of July, 2012.
_(date)     (month)     (year)_

/s/ Richard J. Quadrino, Esq.
_Signature_

QUADRINO SCHWARTZ, 666 Old Country Road, Suite 900
_Address_

Garden City, New York 11530
_City, State & Zip Code_

DATED: July 9, 2012

(516) 745 - 1122
_Telephone Number_

NOTE: To take an appeal, this form must be received by the _Pro Se_ Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

_Rev. 05/2007_