# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

U.S.D.C. - N.Y.S.D.
05-cv-5298(RJS)

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of October, two thousand and thirteen.

Before:  Peter W. Hall,
         Christopher F. Droney,
              *Circuit Judges*,
         Jane A. Restani,*
              *Judge*.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 16, 2013

_____

Scarangella & Sons, Inc., as Administrator of the Village Fuel Employee Benefits Plan, DBA Village Fuel,

Defendant-Cross-Defendant-Cross Claimant-Appellant,

   v.

Group Health, Inc.,

Defendant-Counter-Claimant-Cross-Defendant-Appellee.
_____

STATEMENT OF COSTS
Docket No. 12-2750

**DOCKETED AS A JUDGMENT # 13, 1957 ON 10/17/2013**

IT IS HEREBY ORDERED that costs are taxed in the amount of $3,901.80 in favor of the Appellant.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/16/2013

_____
* The Honorable Jane A. Restani, of the United States Court of International Trade, sitting by designation.