UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS SCARANGELLA,

                Plaintiff,

-v-

GROUP HEALTH INC., and
SCARANGELLA & SONS, d/b/a VILLAGE FUEL,

                Defendants.

No. 05 Civ. 5298 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-22-13

RICHARD J. SULLIVAN, District Judge:

On July 3, 2012, the Court issued an opinion and order adopting in part the Report and Recommendation of the Honorable Ronald L. Ellis regarding Defendant Village Fuel's motion for attorneys' fees. (Doc. No. 148.) On October 1, 2013, the Second Circuit issued a mandate vacating this Court's order and remanding the case to this Court for further proceedings. (Case No. 12-2570, ECF No. 111.) Accordingly, IT IS HEREBY ORDERED that the parties shall submit a joint letter, no later than October 31, 2013, informing the Court whether any party seeks to submit additional briefs or affidavits in light of the Second Circuit's decision and, if so, proposing a jointly acceptable briefing schedule.

SO ORDERED.

Dated:      October 21, 2013
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE