# QUADRINO SCHWARTZ

666 Old Country Road | 9th Floor | Garden City, NY 11530
Phone: 516.745.1122 | Fax: 516.745.0844

The Woolworth Building | 233 Broadway | 5th Floor | New York, NY 10279
Phone: 212.608.5445

www.quadrinoschwartz.com

Richard J. Quadrino | Evan S. Schwartz | Michail Z. Hack[0**]
Harold J. Levy[0**] | Scott M. Harrigan[0]
[0] Counsel  [**] Admitted in NY and NJ

Attorneys At Law

**MEMO ENDORSED**

Reply To:
Garden City Office

December 6, 2013

**VIA Email**
*sullivannysdchambers*@nysd.uscourts.gov
Honorable Richard J. Sullivan, USDJ
United States District Court
Southern District of New York
500 Pearl Street - Room 640
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 12-6-13

Re:  **Scarangella v. Group Health Inc.**
     **Civ. Action No.: 05 Civ. 5298 (RJS)(RLE)**

Dear Judge Sullivan:

This firm represents defendant Scarangella & Sons, d/b/a Village Fuel ("Village Fuel"). By memo Endorsed Order dated November 2, 2013, and docketed November 4, 2013, the Court "So Ordered" a stipulated proposed briefing schedule proffered by the parties. Pursuant to that schedule, Village Fuel was to serve and file its brief and/or affidavits, if any, by December 6, 2013. Because of an unexpected personal situation encountered by Mr. Quadrino, he is not able to meet that schedule.

Due to the foregoing, we request a one-week extension in the time permitted for Village Fuel to file its brief and/or affidavits, from December 6, 2013, to a new date of December 13, 2013. GHI's date to submit papers in opposition or in further support of its position, and/or affidavits, if any, would advance to January 17, 2014, and Village Fuel shall submit a reply to GHI's papers, if any, by January 31, 2014.

Opposing counsel has consented to the relief requested herein, We appreciate the Court's consideration of this matter.

Respectfully submitted,

QUADRINO & SCHWARTZ, P.C.

By: _____
    Harold J. Levy

cc:  Michael Bernstein, Esq. (via email)
     John T. Seybert, Esq.(via email)

SO ORDERED
Dated:  12/6/13

RICHARD J. SULLIVAN
U.S.D.J.