# Exhibit B

**Exhibit "B" to Supplemental Declaration of Richard J. Quadrino in Support of Village Fuel's Motion for Legal Fees**

Scarangella v. GHI, et al. – No. 05-cv-5298

*Summary of Time for Work From December 10, 2009 to Present:*

| Category | Hours – Per Category |
| --- | --- |
| **Concluding the work on the initial legal fee motion in this Court, from December 10, 2009 through March 3, 2010:** legal research; drafting; analysis; conferences; editing and revisions; submissions to court on motion and reply. | 96.0 |
| **The legal work regarding the Rule 72 Objection litigation after the issuance of Magistrate Judge Ellis' Report and Recommendation and supplemental submissions re: new developments in the law, from October 26, 2010 through June 21, 2012:** legal research; drafting; analysis; conferences; editing and revisions; multiple submissions to court (motion practice; Village Fuel's Objection; Opposition to GHI's Objection); notices of new developments; legal research re: same. | 86.75 |
| **Prosecuting the appeal in the Second Circuit, from receipt of Court's decision on fee motion on July 2, 2012 through oral argument in the 2nd Cir. on April 12, 2013:** legal research; analysis and review of record; conferences; compilation of appendices and motion practice regarding same; drafting of brief; editing and revising and finalizing same; receipt of opposition; analysis, conferences, research and drafting and finalizing reply; preparation for oral argument and oral argument. | 303.75 |
| **Activities and submission to this Court after remand from the Second Circuit, from September 10, 2013 through December 23, 2013:** review and analysis of decision of 2nd Circuit; meetings and conferences; bill of costs; communications with adversary; drafting and editing and finalizing supplemental declaration and memorandum and research and analysis regarding same. | 41.50 |
| **Total** | 528.00 |