# Exhibit D

**Quadrino Schwartz**
**Schedule of Case Expenses**
**October 19, 2009 through November 10, 2013**

| Date | Expense | Amount |
|------|---------|--------|
| 11/01/2009 | Online Research - October 2009 | 4.79 |
| 11/16/2009 | 11/10/09 - Federal Express Overnight Delivery to Hon. Ellis | 8.82 |
| 11/16/2009 | 11/10/09 - Federal Express Overnight Delivery to M. Bernstein | 10.94 |
| 12/01/2009 | Online Research - November 2009 | 4.32 |
| 12/14/2009 | 12/07/09 - Federal Express Overnight Delivery to Hon. Ellis | 12.97 |
| 12/14/2009 | 12/10/09 - Federal Express Overnight Delivery to Hon. Ellis | 12.97 |
| 12/21/2009 | 12/17/09 - Federal Express Overnight Delivery to Hon. Ellis | 12.97 |
| 12/21/2009 | 12/17/09 - Federal Express Overnight Delivery to Client | 13.80 |
| 12/21/2009 | 12/17/09 - Federal Express Overnight Delivery to M. Bernstein | 11.20 |
| 12/28/2009 | Filing Fee - Submitted Sealed Records at USDC, Southern District, NY, NY | 200.00 |
| 01/01/2010 | Online Research - December 2009 | 179.89 |
| 01/06/2010 | Public Access Fee - Court Electronic Records | 39.44 |
| 02/01/2010 | Online Research - January 2010 | 2.44 |
| 02/12/2010 | Transcript Expense - Conference Held on 10/13/09 | 348.09 |
| 03/01/2010 | 02/24/10 - Federal Express Overnight Delivery to Hon. Ellis | 13.40 |
| 03/04/2010 | Online Research - February 2010 | 391.63 |
| 03/08/2010 | 03/04/10 - Federal Express Overnight Delivery to M. Bernstein | 11.69 |
| 03/08/2010 | 03/04/10 - Federal Express Overnight Delivery to Hon. Ellis | 13.52 |
| 03/30/2010 | Fax Expense - November - December 2009 | 13.50 |
| 04/01/2010 | Postage Expense - January - March 2010 | 9.34 |
| 04/01/2010 | Online Research - March 2010 | 34.88 |
| 04/07/2010 | Public Access Fee - Court Electronic Records | 12.16 |
| 04/19/2010 | 04/12/10 - Federal Express Overnight Delivery to M. Bernstein | 11.63 |
| 06/01/2010 | Online Research - May 2010 | 2.89 |
| 06/07/2010 | 06/02/10 - Federal Express Overnight Delivery to Hon. Ellis | 13.65 |
| 06/07/2010 | 06/02/10 - Federal Express Overnight Delivery to M. Bernstein | 16.36 |
| 06/28/2010 | 06/22/10 - Federal Express Overnight Delivery to Hon. Ellis | 13.84 |
| 06/28/2010 | 06/22/10 - Federal Express Overnight Delivery to M. Bernstein | 16.59 |
| 07/01/2010 | Online Research - June  2010 | 1.94 |
| 07/23/2010 | Public Access Fee - Court Electronic Records | 22.72 |
| 10/01/2010 | Online Research - October 2010 | 20.89 |
| 11/08/2010 | 11/02/10 - Federal Express Overnight Delivery to M. Bernstein | 11.79 |
| 12/01/2010 | Online Research - November 2010 | 161.61 |
| 12/15/2010 | 11/29/10 Federal Exprress Overnight Delivery to Hon. Sullivan | 11.79 |
| 12/15/2010 | 11/29/10 - Federal Express Overnight Delivery to M. Bernstein | 14.51 |
| 12/15/2010 | 12/01/10 - Federal Express Overnight Delivery to M. Bernstein | 11.79 |
| 12/15/2010 | 12/01/10 - Federal Express Overnight Delivery to Hon. Ellis | 13.65 |
| 12/29/2010 | Public Access Fee - Court Electronic Records | 1.28 |
| 01/24/2011 | Online Research - December 2010 | 12.09 |

**Quadrino Schwartz**
**Schedule of Case Expenses**
**October 19, 2009 through November 10, 2013**

| Date | Expense | Amount |
|---|---|---|
| 01/25/2011 | Pacer Online Research / October-December 2010 | 16.16 |
| 03/25/2011 | Online Research - February 2011 | 4.77 |
| 02/29/2012 | Online Research - February 2012 | 51.61 |
| 07/09/2012 | Electronic Filing Fee for Notice of Appeal | 455.00 |
| 07/31/2012 | Online Research - July 2012 | 146.05 |
| 07/31/2012 | Photocopy, Postage and Fax Expense - July 2012 | 3.00 |
| 09/21/2012 | 9/21/10 Federal Express Overnight Delivery to M. Bernstein, Esq. | 13.60 |
| 09/30/2012 | Online Research - September 2012 | 1,482.50 |
| 10/23/2012 | Counsel Press Partial Fee to prepare and file Joint Appendix & Brief with Second Circuit | 3,500.00 |
| 10/23/2012 | Federal Express Overnight Delivery to Pat Scarangella | 31.33 |
| 10/24/2012 | Online Research - July to September 2012 | 104.70 |
| 10/31/2012 | Online Research - October 2012 | 1,000.81 |
| 10/31/2012 | Counsel Press Partial Fee to prepare and file Appeal | 1,958.24 |
| 10/31/2012 | Counsel Press Fee to prepare and file Appeal | 1,277.70 |
| 11/01/2012 | Counsel Press Fee to prepare Joint Appendix & Brief | 1,470.78 |
| 11/30/2012 | Photocopy, Postage and Fax Expense | 1.35 |
| 12/31/2012 | Online Research - December 2012 | 257.87 |
| 12/31/2012 | Photocopy, Postage & Fax Expense - December 2012 | 7.75 |
| 12/31/2012 | Online Research - Pacer - October to December 2012 | 126.60 |
| 01/29/2013 | Counsel Press - Preparation and Filing of Brief with Second Circuit Court of Appeals | 1,242.67 |
| 01/31/2013 | Online Research - January 2013 | 488.15 |
| 03/15/2013 | Counsel Press Fee for CD of Confidential Filings and Court Filing | 135.78 |
| 04/04/2013 | Public Access Fee - Court Electronic Records | 9.70 |
| 05/01/2013 | Online Research - April 2013 | 43.81 |
| 08/01/2013 | Online Research - July 2013 | 2.86 |
| 11/01/2013 | Online Research - September 2013 | 54.92 |
| 11/18/2013 | Federal Express Overnight Delivery to J. Seybert at Sedgwick, LLP | 16.12 |
| 11/18/2013 | Federal Express Overnight Delivery to M. Bernstein at Sedgwick, LLP | 16.12 |
| | Sub-Total | 15,641.73 |
| | 11/7/2013 Payment by GHI | -3,901.80 |
| | Amount Due | 11,739.93 |