ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY 10281-1008

www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax

# Sedgwick

**MEMO ENDORSED**

John T. Seybert
212.898.4028
john.seybert@sedgwicklaw.com

February 5, 2014

*Via E-mail (sullivannysdchambers@nysd.uscourts.gov)*
Hon. Richard J. Sullivan
United States District Court Judge
United States District Court For The
Southern District of New York
500 Pearl Street, Room 615
New York, New York  10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-6-14
```

Re: *Nicholas Scarangella v. Group Health Inc., et al.*
    Civ. Act. No. 05 Civ. 5298(RJS)(RLE)
    File No.: 03188-132541

Dear Judge Sullivan:

This office represents the defendant Group Health Inc. ("GHI") in the above-reference action.  We respectfully request a one-week extension of the time for GHI to file its supplemental response to defendant Village Fuel's request for attorney's fees.  The extension of the briefing schedule would change the current schedule as follows:

| Description | Current Date | Proposed Date |
| --- | --- | --- |
| *Last day for GHI to file its supplemental responsive brief* | February 7, 2014 | February 14, 2014 |
| *Last day for Village Fuel to file its supplemental reply brief* | February 21, 2014 | February 28, 2014 |

Village Fuel consents to the extension of time.  This is the first request that GHI has made for an extension of time on the briefing schedule.  The reason for the request is that I had the flu last week and missed nearly four days of work and the recent snow storms have also hampered the ability to prepare a response.  The Court has granted two extensions for Village Fuel previously.  (Doc. Nos. 157 158).

Thank you for your attention to this request.

Respectfully submitted,

*/s/ John T. Seybert*

John T. Seybert
Sedgwick LLP

SO ORDERED
Dated: 2/5/14
RICHARD J. SULLIVAN
U.S.D.J.

cc: Richard J. Quadrino Esq.

DOCS/18409288v1