UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
NICHOLAS SCARANGELLA,

                Plaintiff,

    - vs -

GROUP HEALTH, Inc. and SCARANGELLA & SONS, INC., d/b/a VILLAGE FUEL, as Administrator of the VILLAGE FUEL EMPLOYEE BENEFITS PLAN,

                Defendants
-------------------------------------------------------------------x

Civil Action No.
05-cv-5298

Hon. Richard J. Sullivan

## NOTICE OF APPEARANCE

The undersigned hereby appears as counsel for Scarangella & Sons, Inc., d/b/a Village Fuel in this matter.

                Quadrino Law Group, P.C.

                _____/s/_____
                By: Richard J. Quadrino
                105 Maxess Road | Suite 124 South
                Melville, New York 11747
                (631) 574-4550
                (RQ-0233)

Dated: February 26, 2014