UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
NICHOLAS SCARANGELLA,

                            Plaintiff,

      - vs -

GROUP HEALTH, Inc. and SCARANGELLA & SONS,
INC., d/b/a VILLAGE FUEL, as Administrator of the
VILLAGE FUEL EMPLOYEE BENEFITS PLAN,

                        Defendants
-------------------------------------------------------------------x

Civil Action No.
05-cv-5298

Hon. Richard J. Sullivan

## **STIPULATION OF SUBSTITUTION**

The undersigned hereby stipulate to the following substitution of counsel: Quadrino Law Group, P.C. as incoming counsel for Scarangella & Sons, Inc., d/b/a Village Fuel in this matter, in place and stead of Quadrino & Schwartz, P.C., as outgoing counsel for Village Fuel.

Quadrino Schwartz, P.C.　　　　　　　　　Quadrino Law Group, P.C.

_____/s/_____　　　　　_____/s/_____
By: Evan S. Schwartz　　　　　　　　　　By: Richard J. Quadrino
666 Old Country Road, 5th Floor　　　　　105 Maxess Road | Suite 124 South
Garden City, New York 11530　　　　　　Melville, New York 11747
(516) 745-1122　　　　　　　　　　　　(631) 574-4550
(ES-0233)　　　　　　　　　　　　　　(RQ-0233)

Dated: February 26, 2014