# Quadrino Law Group
———————— ATTORNEYS

105 Maxess Road | Suite 124 South
Melville, New York 11747
T: 631.574.4550  F: 631.574.4401
E: rjq@QuadrinoLawGroup.com

**New York City Office:**
The Woolworth Building
233 Broadway | 5th Floor
New York, New York 10279

*Reply Mail to Melville Office Address*

**MEMO ENDORSED**

February 26, 2014

*via* Email: *sullivannysdchambers@nysd.uscourts.gov*
Hon. Richard J. Sullivan
U.S. District Court, SDNY
500 Pearl Street - Room 640
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2014
```

Re:  Scarangella v. Group Health Inc.
     Civ. Action No.: 05 Civ. 5298 (RJS)(RLE)

Dear Judge Sullivan:

The undersigned's firm represents[1] Scarangella & Sons, d/b/a Village Fuel ("Village Fuel") in the above matter. Village Fuel's Reply on the current briefing on the legal fee motion, after return of this matter from the Second Circuit, is due on Friday, February 28, 2014. Counsel for GHI has indicated that it consents to Village Fuel's request for a brief one-week extension of the Reply from February 28, 2014 to March 7, 2014. The Court had recently granted GHI's request for a one-week extension of GHI's opposition deadline, to which Village Fuel consented.

The two prior requests by Village Fuel on this briefing schedule and this request relate to the various time-consuming activities associated with the undersigned's separation from Quadrino Schwartz, P.C., the formation of a new firm, and the associated logistical, administrative, business, and client issues related thereto. Village Fuel thus respectfully makes this final request, for a one-extension, from February 28, 2014 to March 7, 2014.

The request is granted. The Court will not consider any further extensions from Village Fuel.

Respectfully submitted,

Quadrino Law Group, P.C.

By: _____
Richard Quadrino

SO ORDERED
Dated: 2/26/14
RICHARD J. SULLIVAN
U.S.D.J.

cc:  Michael Bernstein, Esq. (via email)
     John T. Seybert, Esq. (via email)

---

[1] A Notice of Appearance by Quadrino Law Group, P.C. was filed today. A Stipulation of Substitution, whereby Quadrino Law Group, P.C. will be substituted in as incoming counsel for Village Fuel and Quadrino Schwartz, P.C. will be replaced, as outgoing counsel, will be filed shortly.