UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2014
```

NICHOLAS SCARANGELLA,

        Plaintiff,

-v-

GROUP HEALTH, INC. and SCARANGELLA & SONS, INC., d/b/a VILLAGE FUEL, as Administrator of the VILLAGE FUEL EMPLOYEE BENEFITS PLAN,

        Defendants.

No. 05-cv-5298 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear on Friday, October 10, 2014 at 10:30 a.m. for oral argument on Scarangella & Sons, Inc.'s pending attorneys' fees application.

SO ORDERED.

Dated:    August 27, 2014
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE