UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Nicholas Scarangella       Plaintiff,     Case No. 05-cv-5298-RJS

-against-

Group Health Inc. et al    Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

RICHARD J. QUADRINO
----------------------------------------------------
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RQ-0233        My State Bar Number is 2025807

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Quadrino & Schwartz, P.C.
             FIRM ADDRESS: 666 Old Country Rd., Garden City, NY 11530
             FIRM TELEPHONE NUMBER: 516.745.1122
             FIRM FAX NUMBER: 516.745.0844

NEW FIRM:    FIRM NAME: Quadrino Law Group, P.C.
             FIRM ADDRESS: 105 Maxess Rd., Suite 124 South
             FIRM TELEPHONE NUMBER: 631.574.4550
             FIRM FAX NUMBER: 631.574.4551

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 9/2/2014                    s/ Richard J. Quadrino
                                   ATTORNEY'S SIGNATURE