**MEMO ENDORSED**

ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY 10281-1008

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Michael Bernstein*
*michael.bernstein@sedgwicklaw.com*

September 26, 2014

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2014
```

*Via Email* - sullivannysdchambers@nysd.uscourts.gov
Hon. Richard J. Sullivan
United States District Court Judge
United States District Court For The
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

Re: *Nicholas Scarangella* v. *Group Health Inc., et al.*
    Civ. Act. No. 05 Civ. 5298(RJS)(RLE)
    File No.: 03188-132541

Dear Judge Sullivan:

    This office represents the defendant Group Health Inc. ("GHI") in the above-referenced action. We write to request an adjournment of the oral argument date set in this matter, which is currently scheduled for October 10, 2014 at 10:30 A.M due to a conflict with another previously scheduled court appearance. The adjournment of this oral argument does not affect any other previously scheduled dates and this is the first request for an adjournment of this hearing. Village Fuel's counsel does not object to the request for the adjournment but asked that we advise the Court of his request that oral argument is not put off too long. Counsel for the parties have discussed their availability for an another date for this argument and note that they are available any day during the week following October 10, 2014, as well as the week thereafter, except October 15, 2014.

    Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Michael H. Bernstein

Michael H. Bernstein
Sedgwick LLP

cc: Richard J. Quadrino Esq.
rjq@QuadrinoLawGroup.com

IT IS HEREBY ORDERED THAT the parties shall appear on Thursday, October 16, 2014 at 10:00 a.m. for oral argument on Scarangella & Sons, Inc.'s pending attorneys' fees application.

[Signed] Richard J. Sullivan, U.S.D.J.
9/26/14

19508117v1