UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

SCARANGELLA

          Plaintiff,

Case No. 05-cv-05298-RJS-RLE

-against-

GROUP HEALTH INC. et al

          Defendant.

--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Richard James Quadrino**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RQ-0233    My State Bar Number is 2025807

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Quadrino Law Group, P.C.
                  FIRM ADDRESS: 105 Maxess Rd., Ste. 124 South, Melville, NY 11747
                  FIRM TELEPHONE NUMBER: (631) 574-4550
                  FIRM FAX NUMBER: (631) 574-4551

NEW FIRM:    FIRM NAME: Quadrino Law Group, P.C.
                  FIRM ADDRESS: 225 Broad Hollow Rd., Suite 304, Melville, NY 11747
                  FIRM TELEPHONE NUMBER: (631) 815-5800
                  FIRM FAX NUMBER: (631) 815-5801

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 7/23/15                            ATTORNEY'S SIGNATURE